No. 92–7819.  PIEARSON *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–7822.  ROBERTSON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–7827.  BARTO *v.* NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 92–7829.  ARNETTE *v.* MADISON CABLEVISION, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–7830.  DEFOE *v.* ERICKSON, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 92–7838.  BRODIN ET AL. *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 92–7842.  MCILROY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–7855.  SMITH *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 92–7864.  GOLDEN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7872.  TINKER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–7875.  JONES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7890.  PEREZ-GARCIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7906.  MALIK *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–7908.  LEE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7924.  D'IGUILLONT *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.